IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE TAX LIABILITIES OF:<br><br>JOHN DOES, United States taxpayers who, at any time during the years ended December 31, 2005, through December 31, 2016, held, or had authority to use, a Sovereign Gold Card issued by, through, or at the direction of, Sovereign Management & Legal, Ltd., its predecessors, subsidiaries, and affiliates (collectively, "SML") | CV 2:17-cv-02-BU-BMM<br><br>[PROPOSED] ORDER GRANTING UNITED STATES' MOTION TO UNSEAL CASE |

Pending before the Court is the motion of United States to unseal the above-captioned case. For good cause shown, IT IS ORDERED that the above case is unsealed.

DATED this 24th day of January, 2017.

_____
Brian Morris
United States District Court Judge

1