IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, In the Matter of the Tax Liabilities of:<br><br>            Plaintiff,<br><br>  -vs-<br><br>JOHN DOES, United States taxpayers who, at any time during the years ended 12/31/2005, through the 12/31/2016, held or had authority to use, a Sovereign Gold Card issued by, through or at the direction of Sovereign Management & Legal, Ltd. its predecessors, subsidiaries, and affiliates (collectively, "SML"),<br><br>            Defendants. | CV-17- 2 -BU-BMM<br><br>**ORDER** |

Upon the Status Report, Doc. 8, filed by the Plaintiff, IT IS HEREBY

ORDERED that this case is hereby closed.

DATED this 7th day of May, 2018.

_____
Brian Morris
United States District Court Judge